No. 10-8318. Richard Lacy Letner, Petitioner v. California.

No. 10-8427. Christopher Alan Tobin, Petitioner v. California.

563 U.S. 939, 131 S. Ct. 2143, 179 L. Ed. 2d 897, 2011 U.S. LEXIS 3032.

April 18, 2011. Petitions for writs of certiorari to the Supreme Court of California denied.

Same cases below, 50 Cal. 4th 99, 112 Cal. Rptr. 3d 746, 235 P.3d 62.

No. 10-8335. Lee Andrew Taylor, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

563 U.S. 939, 131 S. Ct. 2097, 179 L. Ed. 2d 897, 2011 U.S. LEXIS 3082.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 397 Fed. Appx. 104.

No. 10-8370. Saharris Rollins, Petitioner v. John E. Wetzel, Acting Secretary, Pennsylvania Department of Corrections, et al.

563 U.S. 939, 131 S. Ct. 2143, 179 L. Ed. 2d 897, 2011 U.S. LEXIS 3084.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 386 Fed. Appx. 267.

No. 10-8403. Lee Max Barnett, Petitioner v. Superior Court of California, Butte County, et al.

563 U.S. 939, 131 S. Ct. 2097, 179 L. Ed. 2d 897, 2011 U.S. LEXIS 3003.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 50 Cal. 4th 890, 114 Cal. Rptr. 3d 576, 237 P.3d 980.

No. 10-8439. Terry Pitchford, Petitioner v. Mississippi.

563 U.S. 939, 131 S. Ct. 2098, 179 L. Ed. 2d 897, 2011 U.S. LEXIS 3058.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

Same case below, 45 So. 3d 216.

No. 10-8465. Derwayne Williams, Petitioner v. United States.

563 U.S. 939, 131 S. Ct. 2098, 179 L. Ed. 2d 897, 2011 U.S. LEXIS 3030.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 397 Fed. Appx. 256.

No. 10-8516. John Seisman, Petitioner v. Consumer Protection Division of the Office of the Attorney General of Maryland.

563 U.S. 939, 131 S. Ct. 2098, 179 L. Ed. 2d 897, 2011 U.S. LEXIS 3033.

April 18, 2011. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 193 Md. App. 759 and 193 Md. App. 763.